UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR-11-056-JLQ |
| | ) |
| vs. | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION TO MODIFY |
| MELISSA K. GARCIA, | ) |
| | ) |
| Defendant. | ) |

Pending before the court is Defendant Melissa Garcia's unopposed Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Garcia's Motion **(Ct. Rec. 16)** is **GRANTED**. Ms. Garcia shall be permitted to travel to Portland, Oregon, from Friday, April 22, 2011, through Saturday, April 23, 2011. All travel plans timely shall be provided to United States Probation Officer Coronado.

**IT IS SO ORDERED.**

DATED April 21, 2011.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER
1