UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>MELISSA K. GARCIA,            )<br>                              )<br>            Defendant.        ) | NO. CR-11-056-JLQ<br><br>ORDER GRANTING<br>UNOPPOSED MOTION |

Pending before the court is Defendant Melissa Garcia's unopposed Motion to Modify Conditions of Pretrial Release. For good cause shown, Ms. Garcia's unopposed Motion **(ECF No. 25)** is **GRANTED**. Ms. Garcia shall be permitted to travel to Marysville, Washington, from Friday, July 1, 2011, through Monday, July 4, 2011. All travel plans will be provided to United States Probation Officer Coronado. All other conditions of release shall remain.

DATED June 20, 2011.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION - 1