UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-056-JLQ |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO MODIFY |
| v. | |
| MELISSA K. GARCIA, | |
| Defendant. | |

Before the court is Defendant Melissa Garcia's unopposed Motion to Modify Conditions of Pretrial Release. For good cause shown, Ms. Garcia's Motion **(ECF No. 28)** is **GRANTED**. Ms. Garcia shall be permitted to travel to Woodburn, Oregon from Friday, August 5, 2011, through Monday, August 8, 2011. All travel plans must be timely provided to United States Probation Officer Coronado.

**IT IS SO ORDERED.**

DATED July 28, 2011.


                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY -1